**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JUDITH L. LERETTE                              Case Number: 04-72919
       1000 ASCOT DRIVE
       CRYSTAL LAKE, IL  60014          SSN-xxx-xx-3205

                                                       Case filed on:      6/3/2004
                                                       Plan Confirmed on:  8/6/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,842.33     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | COSTELLO & COSTELLO PC | 712.50 | 712.50 | 712.50 | 0.00 |
|  | Total Legal | 712.50 | 712.50 | 712.50 | 0.00 |
|  |  |  |  |  |  |
| 018 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SIMPSON EYE ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JUDITH L. LERETTE | 0.00 | 0.00 | 8,854.07 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 8,854.07 | 0.00 |
|  |  |  |  |  |  |
| 001 | CHASE MANHATTAN MORTGAGE CORP | 81,644.18 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 22,692.89 | 13,794.30 | 13,794.30 | 0.00 |
|  | Total Secured | 104,337.07 | 13,794.30 | 13,794.30 | 0.00 |
|  |  |  |  |  |  |
| 003 | ANIL K. KHEMANI, MDSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CRYSTAL LAKE OPHTHALMOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DAILY HERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DISCOVER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DORAN & SAKIEWICZ, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KEY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NORTHWEST HERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NORTHWEST IMAGING ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NORTHWEST SUBURBAN IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NORTHWESTERN UNIVERSITY MEDICAL SCH. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RETINA INSTITUTE OF ILLINOIS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 936.95 | 936.95 | 936.95 | 59.28 |
| 019 | SEARS ROEBUCK & CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 339.20 | 339.20 | 339.20 | 21.47 |
| 024 | DUN & BRADSTREET | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,276.15 | 1,276.15 | 1,276.15 | 80.75 |
|  |  |  |  |  |  |
|  | Grand Total: | 106,325.72 | 15,782.95 | 24,637.02 | 80.75 |

Total Paid Claimant:    $24,717.77
Trustee Allowance:      $1,124.56          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  12/28/2008         By  /s/Heather M. Fagan